08/12/2015 10:55 9724912428 MR PARCEL PAGE 02/02

FILE FOR RECORD
DENTON COUNTY CLERK

AUG 1 2 2015

JULI LUKE

DEPUTY

Cause No. CV-2014-01818

FILED IN
2nd COURT OF APPEALS
IN COUNTY COURT AT LAW
FORT WORTH, TEXAS

10/30/2015 3:03:45 PM

DEBRA SPISAK
Clerk

US BANK NATIONAL ASSOCIATION §
AS TRUSTEE FOR CITIGROUP §
MORTGAGE LOAN TRUST 2006-WFHE4 §
ASSET BACKED PASS-THROUGH §
CERTIFICATES, SERIES 2006-WFHE4 §
    Plaintiff §
                          §

Vs. §
                          §

LARRY GRESHAM AND ALL OTHER §
OCCUPANTS OF 5512 GLENVIEW LANE §
THE COLONY, TEXAS 75056 §
    Defendant

NUMBER TWO

DENTON COUNTY, TEXAS

## ORDER SETTING SUPERSEDEAS BOND

The Court has considered Defendant's motion to set amount of supersedeas bond on a judgment for the recovery of real property.

After considering the motion, evidence and arguments of counsel, the court finds that judgment debtor must post a supersedeas bond $19,372.50.

The Court therefore, orders judgment debtor, Larry Gresham, must post a supersedeas bond in the amount of $19,372.50 in accordance with Tex. R. App. P. 24.2.

Such amount must be posted within ten days of the date of judgment, August 3, 2015.

Signed this 12th day of August, 2015.

_____
JUDGE PRESIDING

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

JULI LUKE
DENTON COUNTY CLERK

10/30/15          By: _____
Date                          Deputy Clerk